In the Matter of the Estate of John T. Smith, Deceased. William H. Bishop et al., Appellants; Cecelia A. Bishop et al., Respondents.

Submitted October 26, 1942; decided October 29, 1942.

*Edward Q. Carr* and *Paul E. Lord* for motions.

*George J. Mullen* opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion on the ground that no appeal from the order of the Appellate Division may be taken without leave of the Appellate Division or of the Court of Appeals. (See 289 N. Y. 760.)

Leon Silverberg et al., Appellants, *v.* Edwin S. Schweig et al., Respondents.

Submitted October 26, 1942; decided October 29, 1942.

Motion to amend remittitur denied. (See 288 N. Y. 217.)